In the Matter of the Application of ANTHONY McQUADE, Appellant, for a Peremptory Writ of Mandamus against JAMES M. MORROW et al., Constituting the Examining Board of Plumbers in the City of New York, Respondents.

*Matter of McQuade* v. *Morrow*, 164 App. Div. 882, affirmed.
(Argued January 4, 1915; decided January 19, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

July 10, 1914, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants to reissue and return to the petitioners a master plumber's certificate.

*Henry J. Smith* and *James L. Quackenbush* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* and *William E. C. Mayer* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.